May 22, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

BARBARA ULMER, Appellant

NO. 14-13-00901-CV                           V.

DEREK ANTHONY JENKINS, SR., Appellee

_____

Today the Court heard appellant's motion to dismiss the appeal from the judgment signed by the court below on July 26, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Barbara Ulmer.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.